BENJAMIN MORELL et al., Doing Business as MORELL-BRITISH TEXTILES, LTD., Plaintiffs, v. DEPENDABLE HAULAGE CO., INC., Defendant and Third-Party Plaintiff-Respondent. BRITISH AMERICA ASSURANCE COMPANY, Third-Party

Defendant-Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.